■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BOND, Appellant. [1 NYS3d 859]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 6, 1996 (*People v Bond*, 227 AD2d 412 [1996], *affd* 90 NY2d 877 [1997]), affirming a judgment of the Supreme Court, Queens County, rendered July 17, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Miller, Hinds-Radix and Duffy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL BOSTIC, Appellant. [1 NYS3d 867]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed May 18, 2011, upon his conviction of attempted arson in the third degree, upon his plea of guilty.

Ordered that the sentence is affirmed.

Under the circumstances of this case, the defendant's waiver of the right to appeal does not bar review of the sentence that was ultimately imposed (*see People v Maracle*, 19 NY3d 925, 927 [2012]; *People v Arney*, 120 AD3d 949 [2014]). Nonetheless, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson and Hinds-Radix, JJ., concur.